# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JANE DOE                                                  PLAINTIFF

VS.                                 CIVIL ACTION NO. 3:07-cv-00172-HTW-LRA

RAVINDER KUMAR SHARMA and SUMAN
SHARMA, individually and doing business as
SUNRISE FOOD MART; PATRICK COX;
COLONY INSURANCE COMPANY, COLONY
NATIONAL INSURANCE COMPANY, COLONY SPECIALTY
INSURANCE COMPANY, COLONY MANAGEMENT
SERVICES, INC. individually and as members of
COLONY MEMBER ARGONAUT GROUP
and JOHN DOES #1-10                                DEFENDANTS

## FINAL JUDGMENT

Before this court is the motion of the The Colony Defendants for summary judgment. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of The Colony Defendants is well taken and should be granted. The Order Granting Summary Judgment entered by this court on March 24, 2010, is incorporated by reference. For the reasons assigned in the court's Order Granting Summary Judgment, the court concludes that judgment should be entered in favor of The Colony Defendants and against the plaintiff and that The Colony Defendants should be awarded their costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby dismissed with prejudice in accordance with this court's Order Granting Summary Judgment at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that The Colony Defendants are entitled to recover their taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED,** this the 24th day of March, 2010.

                                          **s/ HENRY T. WINGATE**
                                          **CHIEF JUDGE**
                                          **UNITED STATES DISTRICT COURT**

Civil Action No. 3:07-cv-172 HTW-LRA
Final Judgment